**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2335 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 130 DB 2016 |
| | : | |
| v. | : | Attorney Registration No. 315189 |
| | : | |
| KEVIN C. FOGLE, | : | (Montgomery County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of January, 2017, the Joint Petition to Temporarily Suspend an Attorney is granted, Kevin C. Fogle is placed on temporary suspension, *see* Pa.R.D.E. 208(f), and he shall comply with all the provisions of Pa.R.D.E. 217.